1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                      AT SEATTLE

9    ALPHA TECHNOLOGIES, INC., et al.,

10                  Plaintiffs,

11          vs.                                    NO.  C05-1619L

12   EXPANSION ELECTRONICS, INC., et al.,          ORDER VACATING ORDER
                                                   REGARDING INITIAL
13                  Defendants.                    DISCLOSURES, JOINT STATUS
                                                   REPORT, AND EARLY SETTLEMENT
14

15          The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement

16   entered October 3, 2005, is hereby VACATED.  The Court will reissue the Order Regarding Initial

17   Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

18

19          DATED this 29th day of November, 2005.

20

21                                          _____

22                                          Robert S. Lasnik
                                            United States District Judge
23

24

25

26

27

28   ORDER VACATING-1