UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALPHA TECHNOLOGIES, INC., et al.,

    Plaintiffs,

vs.

EXPANSION ELECTRONICS, INC., and
EXPANSION ELECTRONICS, LLC.,

    Defendants.

NO. C05-1619L

ORDER STAYING LITIGATION AND REMOVING CASE FROM ACTIVE CASELOAD

    This matter comes before the Court on the ""Notice of Automatic Stay" submitted by defendants' Expansion Electronics, Inc., and Expansion Electronics, LLC., on March 7, 2006. Pursuant to the notice of bankruptcy, the above captioned matter is hereby STAYED.

    It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court. The parties shall within 14 days of the bankruptcy final order file a joint status report with the Court.

    This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

    DATED this 21st day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING LITIGATION AND REMOVING CASE FROM ACTIVE CASELOAD